PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
THOMAS W. MARONEY, ESQ.
Nevada Bar No.13913
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
Email: thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*Amentum Services, Inc*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHON HILL, an individual and PHILLIP ROWTON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>AMENTUM SERVICES, INC., and Does 1-10<br><br>Defendant. | Case No. 2:23-cv-01750-MMD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Amentum Services, Inc, ("Defendant") by and through its counsel, the law firm of Jackson Lewis P.C., and Plaintiffs Jonathon Hill and Phillip Rowton ("Plaintiffs"), by and through their counsel, McCracken, Stemerman & Holsberry, LLP, hereby stipulate and agree to extend the deadline for Defendant to file its responsive pleading to Plaintiffs' Complaint to **April 29, 2024**. This Stipulation is submitted and based upon the following:

1.      On October 27, 2023, Plaintiffs filed a Complaint naming Amentum Services, Inc, as Defendant.

2.      On October 31, 2023, Plaintiffs served Defendant with a copy of the Summons and Complaint.

3.      On January 5, 2024, Defendant filed its Motion to Dismiss Plaintiff's Complaint.

4.      On January 19, 2024, Plaintiffs filed their Opposition to Defendant's Motion to Dismiss.

5.      On January 26, 2024, Defendant filed its Reply in Support of it's Motion to Dismiss.

6.      On April 1, 2024, the Court denied Defendant's Motion to Dismiss. As such, pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendant is required to file its responsive pleading by or before April 15, 2024.

7.      On April 7, 2024, Paul T. Trimmer, Partner at Jackson Lewis, P.C., and counsel for Defendant, was involved in a medical emergency requiring hospitalization. Mr. Trimmer's timetable for recovery is presently uncertain, but the Parties expect it will take several weeks for Mr. Trimmer to return to the office.

8.      Therefore, the Parties have agreed to extend the deadline for Defendant's responsive pleading to **April 29, 2024**.

9.      This is the first request for an extension of time for Defendant to file a response to Plaintiffs' Complaint.

10.     This request is made in good faith and not for the purpose of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

11.     Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 15th day of April, 2024.

McCracken, Stemerman & Holsberry, LLP

/s/Sarah Grossman-Swenson
ERIC B. MYERS, ESQ.
Nevada Bar No. 8588
SARAH GROSSMAN-SWENSON, ESQ.
Nevada Bar No. 11979
1630 S. Commerce Street, Suite A-1
Las Vegas, NV 89102

*Attorneys for Plaintiffs*

JACKSON LEWIS P.C.

/s/Thomas W. Maroney
PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  4/16/2024