PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
THOMAS W. MARONEY, ESQ.
Nevada Bar No.13913
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
Email: thomas.maroney@jacksonlewis.com

*Attorneys for Defendant
Amentum Services, Inc*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHON HILL, an individual and PHILLIP ROWTON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>AMENTUM SERVICES, INC., and Does 1-10<br><br>Defendant. | Case No. 2:23-cv-01750-MMD-BNW<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Defendant Amentum Services, Inc, ("Defendant") by and through its counsel, the law firm of Jackson Lewis P.C., and Plaintiffs Jonathon Hill and Phillip Rowton ("Plaintiffs"), by and through their counsel, McCracken, Stemerman & Holsberry, LLP, hereby stipulate and agree to extend dispositive deadline thirty (30) days from January 29, 2025 to **February 28, 2025**. This Stipulation is submitted and based upon the following:

**A. Discovery Completed to Date.**

To date, the parties have exchanged initial disclosures of documents and witnesses pursuant to FRCP 26(a)(1). Defendants served their First Supplement to Initial Disclosures on August 12, 2024 and Defendants served a Second Supplement to Initial Disclosures on October 25, 2024.

Plaintiffs and Defendant served Discovery Requests on July 11, 2024 and Defendant served Responses on August 12, 2024. Plaintiff requested an extension and served their Responses September 18, 2024.

**B. Proposed Schedule**

- **Dispositive Motions** – The January 29, 2025, dispositive motions deadline shall be extended to Friday February 28, 2025, which is thirty (30) days after the discovery deadline.

1. This is the first request to extend dispositive motions.
2. This request is made in good faith and not for the purpose of delay.
3. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 22nd day of January, 2025.

| | |
|---|---|
| McCracken, Stemerman & Holsberry, LLP | JACKSON LEWIS P.C. |
| */s/Sarah Grossman-Swenson* | */s/Paul T. Trimmer* |
| ERIC B. MYERS, ESQ. | PAUL T. TRIMMER, ESQ. |
| Nevada Bar No. 8588 | Nevada Bar No. 9291 |
| SARAH GROSSMAN-SWENSON, ESQ. | THOMAS W. MARONEY, ESQ. |
| Nevada Bar No. 11979 | Nevada Bar No. 13913 |
| 1630 S. Commerce Street, Suite A-1 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, NV 89102 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 29, 2025