1 | PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
2 | THOMAS W. MARONEY, ESQ.
Nevada Bar No.13913
3 | **JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
4 | Las Vegas, Nevada 89101
5 | Telephone: (702) 921-2460
Facsimile: (702) 921-2461
6 | Email: paul.trimmer@jacksonlewis.com
Email: thomas.maroney@jacksonlewis.com
7 |

8 | *Attorneys for Defendant*
*Amentum Services, Inc*

9 |

10 | **UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11 | JONATHON HILL, an individual and
PHILLIP ROWTON, an individual
12 |
Plaintiffs,
13 |
vs.
14 |
AMENTUM SERVICES, INC., and Does 1-10
15 |
Defendant.

Case No. 2:23-cv-01750-MMD-BNW

**ORDER GRANTING STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**

**(SECOND REQUEST)**

16 | Defendant Amentum Services, Inc, ("Defendant") by and through its counsel, the law
17 | firm of Jackson Lewis P.C., and Plaintiffs Jonathon Hill and Phillip Rowton ("Plaintiffs"), by and
18 | through their counsel, McCracken, Stemerman & Holsberry, LLP, hereby stipulate and agree to
19 | extend dispositive deadline thirty (31) days from February 28, 2025 to **March 31, 2025**. This
20 | Stipulation is submitted and based upon the following:

21 | **A.  Proposed Schedule**

22 | **Discovery:** Discovery in this case closed on December 30, 2024.

23 | **Dispositive Motions –** The Parties agree that February 28, 2025, dispositive motions
24 | deadline shall be extended to Monday, March 31, 2025, which is thirty (31) days after the current
25 | deadline.

26 | 1.      This is the second request to extend the dispositive motion deadline.

27 | 2.      This request is made in good faith and not for the purpose of delay.

28 | 3.      Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair

JACKSON LEWIS P.C
LAS VEGAS

1

any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 28th day of February, 2025.

McCracken, Stemerman & Holsberry, LLP

*/s/Sarah Grossman-Swenson*
ERIC B. MYERS, ESQ.
Nevada Bar No. 8588
SARAH GROSSMAN-SWENSON, ESQ.
Nevada Bar No. 11979
1630 S. Commerce Street, Suite A-1
Las Vegas, NV 89102

*Attorneys for Plaintiffs*

JACKSON LEWIS P.C.

*/s/Paul T. Trimmer*
PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: March 12, 2025

JACKSON LEWIS P.C
LAS VEGAS

2