PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
THOMAS W. MARONEY, ESQ.
Nevada Bar No.13913
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
Email: thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*Amentum Services, Inc*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHON HILL, an individual and PHILLIP ROWTON, an individual | Case No. 2:23-cv-01750-MMD-BNW |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| AMENTUM SERVICES, INC., and Does 1-10 | |
| Defendant. | **(FIRST REQUEST)** |

Defendant Amentum Services, Inc, by and through their counsel, the law firm of Jackson Lewis P.C., and Plaintiffs Jonathon Hill and Phillip Rowton, by and through their counsel, McCracken, Stemerman & Holsberry, LLP, hereby stipulate and agree to extend the deadline for Defendants to file their respective Response to Plaintiff's Motion for Partial Summary Judgment to **March 31, 2025**. This Stipulation is submitted and based upon the following:

      1.    On February 28, 2025, Plaintiffs filed a Motion for Partial Summary Judgment.

      2.    On February 28, 2025, both parties stipulated to extend Dispositive Motion Deadline to March 31, 2025.

      3.    On March 13, 2025, the Court Granted the Stipulation to Extend Dispositive Motions to March 31, 2025.

      4.    Defendant's Response to Plaintiff's Motion for Partial Summary Judgment is currently due March 21, 2025.  Defense Counsel would like to move the Response to Plaintiff's

Motion for Partial Summary Judgment to be the same as the granted dispositive date, which is March 31, 2025.

5.    Parties agree that Plaintiff's Counsel will have an additional week to respond to Defendant's Response, to April 14, 2025.

6.    The parties agree to extend the deadline for Defendants to file a response to Plaintiff's Motion for Partial Summary Judgment to **March 31, 2025,** and Plaintiff's to file their response to **April 14, 2025**.

7.    This request is made in good faith and not for the purpose of delay.

8.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 21st day of March, 2025.

McCracken, Stemerman & Holsberry, LLP        JACKSON LEWIS P.C.

/s/Sarah Grossman-Swenson                          /s/Paul T. Trimmer
Eric B. Myers, SBN8588                              PAUL T. TRIMMER, ESQ.
Sarah Grossman-Swenson, SBN 11979                  Nevada Bar No. 9291
1630 S. Commerce Street, Suite A-1                  THOMAS W. MARONEY, ESQ.
Las Vegas, NV 89102                                Nevada Bar No. 13913
                                                   300 S. Fourth Street, Suite 900
Attorneys for Plaintiffs                           Las Vegas, Nevada 89101

                                                   Attorneys for Defendant


**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: March 21, 2025

4904-8554-0140, v. 6