PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
THOMAS W. MARONEY, ESQ.
Nevada Bar No.13913
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
Email: thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*Amentum Services, Inc*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHON HILL, an individual and PHILLIP ROWTON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>AMENTUM SERVICES, INC., and Does 1-10<br><br>Defendant. | Case No. 2:23-cv-01750-MMD-BNW<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Defendant Amentum Services, Inc, by and through their counsel, the law firm of Jackson Lewis P.C., and Plaintiffs Jonathon Hill and Phillip Rowton, by and through their counsel, McCracken, Stemerman & Holsberry, LLP, hereby stipulate and agree to extend the deadline for Defendants to file their respective Response to Plaintiff's Motion for Partial Summary Judgment to **April 14, 2025**. This Stipulation is submitted and based upon the following:

1. On February 28, 2025, Plaintiffs filed a Motion for Partial Summary Judgment.

2. On March 21, 2025, parties filed a Stipulation to Extend Response to Plaintiff's Partial Motion for Summary Judgment to be submitted on March 31, 2025, and Plaintiff's response to be submitted on April 14, 2025.

3. On March 21, 2025 the Court granted the parties extension.

4. Defense Counsel would kindly request an additional two (2) week extension to submit their response to Partial Motion for Summary Judgment.

5. Parties agree that Plaintiff's Counsel will have an additional two (2) weeks to respond to Defendant's Response, to April 28, 2025.

6. The parties agree to extend the deadline for Defendants to file a response to Plaintiff's Motion for Partial Summary Judgment to **April 14, 2025,** and Plaintiff's to file their response to **April 28, 2025**.

7. This request is made in good faith and not for the purpose of delay.

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 31st day of March, 2025.

| | |
|---|---|
| McCracken, Stemerman & Holsberry, LLP | JACKSON LEWIS P.C. |
| */s/Sarah Grossman-Swenson*<br>Eric B. Myers, SBN8588<br>Sarah Grossman-Swenson, SBN 11979<br>1630 S. Commerce Street, Suite A-1<br>Las Vegas, NV 89102<br><br>*Attorneys for Plaintiffs* | */s/Paul T. Trimmer*<br>PAUL T. TRIMMER, ESQ.<br>Nevada Bar No. 9291<br>THOMAS W. MARONEY, ESQ.<br>Nevada Bar No. 13913<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 1, 2025

4904-8554-0140, v. 6