1  PAUL T. TRIMMER, ESQ.
   Nevada Bar No. 9291
2  THOMAS W. MARONEY, ESQ.
   Nevada Bar No.13913
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
5  Facsimile: (702) 921-2461
6  Email: paul.trimmer@jacksonlewis.com
   Email: thomas.maroney@jacksonlewis.com
7
8  *Attorneys for Defendant*
   *Amentum Services, Inc*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JONATHON HILL, an individual and PHILLIP ROWTON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>AMENTUM SERVICES, INC., and Does 1-10<br><br>Defendant. | Case No. 2:23-cv-01750-MMD-BNW<br><br>**ORDER STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)** |
|---|---|

Defendant Amentum Services, Inc, by and through their counsel, the law firm of Jackson Lewis P.C., and Plaintiffs Jonathon Hill and Phillip Rowton, by and through their counsel, McCracken, Stemerman & Holsberry, LLP, hereby stipulate and agree to extend the deadline for Defendants to file their respective Response to Plaintiff's Motion for Partial Summary Judgment to **April 16, 2025**. This Stipulation is submitted and based upon the following:

1. On February 28, 2025, Plaintiffs filed a Motion for Partial Summary Judgment.

2. On March 31, 2025, parties filed a Stipulation to Extend Response to Plaintiff's Partial Motion for Summary Judgment to be submitted on April 14, 2025, and Plaintiff's response to be submitted on April 28, 2025.

3. On April 1, 2025, the Court granted the parties extension.

4. Defense Counsel kindly requests an additional two (2) day extension to submit their response to Partial Motion for Summary Judgment. Defense Counsel has been in union negotiations

that were extended for another day, and therefore needs additional time to finish their response.

5. Parties agree that Plaintiff's Counsel will have an additional two (2) days to respond to Defendant's Response, to April 30, 2025.

6. The parties agree to extend the deadline for Defendants to file a response to Plaintiff's Motion for Partial Summary Judgment to **April 16, 2025,** and Plaintiff's to file their response to **April 30, 2025**.

7. This request is made in good faith and not for the purpose of delay.

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 14th day of April, 2025.

| McCracken, Stemerman & Holsberry, LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/Sarah Grossman-Swenson* | */s/Paul T. Trimmer* |
| Eric B. Myers, SBN8588<br>Sarah Grossman-Swenson, SBN 11979<br>1630 S. Commerce Street, Suite A-1<br>Las Vegas, NV 89102 | PAUL T. TRIMMER, ESQ.<br>Nevada Bar No. 9291<br>THOMAS W. MARONEY, ESQ.<br>Nevada Bar No. 13913<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 15, 2025

4904-8554-0140, v. 6